**Barry M. Walker (SBN 195947)**
bmw@walkertriallawyers.com
WALKER TRIAL LAWYERS, LLP
31618-1 Railroad Canyon Road
Canyon Lake, CA 92587
T: 951-667-5792
F: 951-821-7150

Attorneys for Plaintiff, ROBIN ROBERTS

**Bruce E. Disenhouse (SBN 078760)**
bruce@disenhouselaw.net
**J. Pat Ferraris (SBN 267223)**
jpat@disenhouselaw.net
DISENHOUSE LAW, A.P.C.
3890 Eleventh Street, Suite 217
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239

Attorneys for Defendants, COUNTY OF RIVERSIDE, SHERIFF STANLEY SNIFF, DEPUTY ADRIAN BRAZIL (#4984), DEPUTY SEAN LIEBRAND (#3633), DEPUTY EDDIE PERALTA (#4857), and DEPUTY KARI CRANFILL (#3638)

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ROBERTS, Individually and as Successor in Interest of RAYMOND ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | CASE NO.: 5:14-cv-01784-CAS (KKx)<br><br>**[PROPOSED]** ORDER |

///
///
///

1
[Proposed] Order
Case No. 5:14-cv-01784-CAS (KKx)

Pursuant to the stipulation of the parties filed concurrently herewith, the Court orders as follows:

The Plaintiff's entire complaint against all defendants, including all causes of action, is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  August 26, 2015            _____

                              UNITED STATES DISTRICT COURT JUDGE

WALKER TRIAL LAWYERS, LLP
31618-1 RAILROAD CANYON ROAD
CANYON LAKE, CALIFORNIA 92587
TELEPHONE: 951.667.5792